

COM.

v.

WILSON, H.

3027 EDA 2016

Superior Court of Pennsylvania.

09/20/2017

CP–51–CR–0001224–2007

(Philadelphia)

Affirmed

COM.

v.

TRUDEL, G.

3154 EDA 2016

Superior Court of Pennsylvania.

09/20/2017

CP–51–CR–0822991–1987 (Philadelphia)

Affirmed

EICHELBERGER, N.

v.

AZEMAR, M.

3543 EDA 2016

Superior Court of Pennsylvania.

09/20/2017

2014–C–1098
2014–C–4015
(Lehigh)
Affirmed

IN RE: ADOPTION OF:
O.R.L., a Minor
844 EDA 2017

Superior Court of Pennsylvania.

09/20/2017

2016–AO185 (Montgomery)
Affirmed

IN RE: ADOPTION OF:
K.N.L., a Minor
846 EDA 2017

Superior Court of Pennsylvania.

09/20/2017

2016–AO184
(Montgomery)
Affirmed